UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

GINA CYRENE GARRISON,
        Plaintiff,

v.                                                    Case No: 5:19-cv-198-Oc-18PRL

COMMISSIONER OF SOCIAL SECURITY,
        Defendant.
_____

## ORDER

THIS CAUSE concerns Plaintiff Gina Cyrene Garrison's appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying her application for Social Security disability insurance ("SSDI"). On August 25, 2020, the United States Magistrate Judge issued a report and recommendation (the "Report and Recommendation") recommending that the Commissioner's decision be affirmed (Doc. 18). After review of the Report and Recommendation (Doc. 18) and noting that no timely objections have been filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Philip R. Lammens's Report and Recommendation (Doc. 18) is **APPROVED** and **ADOPTED** and made part of this Order for all purposes, including appellate review.

2. The Commissioner's decision is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g).

3. The Clerk of Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE and ORDERED** in Orlando, Florida, this ___18___ day of September, 2020.

                                                      G. KENDALL SHARP
                                                      SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record